■ LYLA ANGELLO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34949.) — Same decision and like cause of action as in *Angello* v. *State of New York* (17 A D 2d 898).

■ JOHN L. ANGELLO, JR., an Infant, by His Guardian ad Litem, JOHN ANGELLO, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34950.) — Same decision and like cause of action as in *Angello* v. *State of New York* (17 A D 2d 898).

■ DONALD C. LAMP, as Administrator of the Estate of BESSIE LAMP, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34951.) — Same decision and like cause of action as in *Angello* v. *State of New York* (17 A D 2d 898).

■ DONALD C. LAMP, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34952.) — Same decision and like cause of action as in *Angello* v. *State of New York* (17 A D 2d 898).

■ EDWARD C. ST. CLAIR, Individually and on Behalf of the People of the State of New York as a Citizen and Taxpayer Thereof, Appellant, v. YONKERS RACEWAY, INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, without costs of this appeal to any party. (Appeal by plaintiff from judgment of Erie Special Term dismissing the complaint on the ground that the plaintiff has not the legal capacity to sue.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADAM FLOWERS, JR., Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting the defendant of the crime of grand larceny, second degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS L. BALKUM, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying defendant's motion for resentence, on a judgment of conviction. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT N. WESSER and WILLIAM W. WESSER, Appellants, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to any party. (Appeal from order of Wyoming County Court dismissing a writ of habeas corpus and remanding relator to Warden of Attica Prison.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ ANGELO PELLICANO, Respondent, v. KENNETH PAYNE, Appellant.— Judgment unanimously affirmed, with costs. (Appeal by defendant from judgment of Ontario County Court for plaintiff in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern and McClusky, JJ.

■ EILEEN GRECO et al., Appellants, v. ACME SUPER MARKETS, INC., Respondent.— Judgment unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: Plaintiff wife, a customer in defendant's retail grocery store, was injured when she slipped and fell as the result of stepping in melted ice cream on the floor near the checkout counters. There was no proof of direct notice to defendant of the existing condition but one of plaintiffs' witnesses testified that she was nearby, heard a noise and saw Mrs. Greco on the floor. She said that the latter had fallen in a "white mess" that she had observed 30 to 45 minutes earlier when she entered the store. The trial court dismissed the complaint at the end of plaintiffs' case upon the ground that "The extent and character of